[No. 9698. Department One. December 1, 1911.]

GEORGE R. ELLIOTT, *Respondent*, v. TOLEDO FOUNDRY & MACHINE COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Albertson, J., entered December 20, 1910. Affirmed.

*Wesley J. Wuerfel (James T. Lawler,* of counsel), for appellant.

*Gill, Hoyt & Frye* and *R. L. Blewett,* for respondent.

PER CURIAM.—This appeal involves only the denial of a motion for a continuance of the trial of the case, upon the same grounds as the motion for a continuance in the case of *Steenstrup v. Toledo Foundry & Machine Co., ante* p. 101, 119 Pac. 16. For the reasons there stated, we conclude that there was no error in the denial of the motion for a continuance in this case. The judgment is therefore affirmed.

---

[No. 9806. Department One. December 29, 1911.]

FLORENCE NICHOLLS, *Respondent*, v. THE CITY OF SPOKANE, *Appellant*.[2]

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered May 3, 1911, upon the verdict of a jury rendered in favor of the plaintiff, in an action for the death of a laborer through the fall of a retaining wall. Affirmed.

*Cannon, Ferris, Swan & Lally,* and *A. M. Craven,* for appellant.

*Curtiss & Remele,* for respondent.

PER CURIAM.—The respondent brought this action to recover damages for the death of her husband, which she alleges was caused by the negligence of the city. The deceased received the injury which later caused his death while working as a common laborer in the employ of the city in the Sprague avenue fill, on August 25, 1910. He had been directed by the foreman to go to a certain place to work, and in obedience to the order, he had just arrived at the designated place when the wall gave way. He was caught and crushed in the rock and debris, causing the injury from which he later died. There was a verdict and judgment for the plaintiff. The defendant has appealed.

The cause is a companion one to *Blair v. Spokane, ante* p. 399, 119 Pac. 839, and is controlled by it in every respect. Upon its authority, the judgment is affirmed.

[1]Reported in 119 Pac. 19.

[2]Reported in 119 Pac. 842.